# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# TEXARKANA DIVISION

CRAIG SHIPP                                                                         PLAINTIFF

v.                                        NO. 4:18-CV-04017 SOH

KEVIN MURPHY, et al.                                                          DEFENDANTS

## JOINT REPORT OF RULE 26(f) CONFERENCE

Come now counsel for the parties herein and state that on May 15, 2018, they attended a Rule 26(f) Conference, via telephone, and jointly submit the following Rule 26(f) Report pursuant to Local Rule 26.1:

1. Any changes in timing, form or requirements of mandatory disclosures under Fed. R. Civ. P. 26(a).

    **None.**

2. Date when mandatory disclosures were or will be made:

    **On or before May 29, 2018.**

3. Subjects on which discovery may be needed:

    **The parties will conduct discovery on the claims and defenses and related issues of liability and damages raised in the pleadings in this case as appropriate.**

4. Whether any party will likely be requested to disclose or produce information from electronic or computer-based media:

    **None anticipated.**

    If so:

    (a) Whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business:

**Not Applicable.**

(b) The anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business:

**Not Applicable.**

(c) The format and media agreed to by the parties for the production of such Data as well as agreed procedures for such production:

**Not Applicable.**

(d) Whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise:

**Not Applicable.**

(e) Other problems which the parties anticipate may arise in connection with electronic or computer-based discovery:

**Not Applicable.**

5. Date by which discovery should be completed:

   **Plaintiff's expert disclosures: October 15, 2018**

   **Defense expert disclosures: November 1, 2018**

   **Discovery deadline: December 16, 2018**

6. Any needed changes in limitations imposed by the Federal Rules of Civil Procedure:

   **The parties do not need any changes in the discovery limitations imposed by the *Federal Rules of Civil Procedure* at this time. Any such changes will be addressed as needed.**

7. Any Orders, *e.g.* protective orders, which should be entered:

   **None are necessary at this time. Should protective orders come to be necessary, counsel for the parties anticipate being able to agree to the same.**

8. Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action:

   **None.**

9. Any objections to the proposed trial date:

   **None at this time.**

10. Proposed deadline for joining other parties and amending the pleadings:

    **July 25, 2018**

11. Proposed deadline for completing discovery.

    **December 16, 2018**

12. Proposed deadline for filing Motions.

    **(a)    Motions for Summary Judgment: January 15, 2019.**

    **(b)    Motions *in Limine* should be filed fourteen (14) days prior to trial, with any response due seven (7) days prior to trial.**

13. Class certification: In the case of a class action complaint, the proposed deadline for the parties to file a motion for class certification

    **There are no class certification issues in this case.**

Jointly and respectfully submitted,

WALSH & WALSH, P.L.L.C.

/s/ Derek S. Franseen
Micky Walsh, OBA No. 9327
Derek S. Franseen, OBA No. 30557
2000 E. 15th Street., Suite 1500
Edmond, OK 73013
(405) 843-7600- Telephone
( 405) 606-7050 - Facsimile
mwalsh@walshlawok.com
dfranseen@walshlawok.com
Attorneys for Plaintiff

and

Leslie Rutledge
Attorney General

/s/ Rosalyn Middleton
Rosalyn Middleton, ABA No. 2001257
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Telephone: (501) 682.8122
Fax: (501) 682.2591
rosalyn.middleton@arkansasag.gov
Attorneys for ADC Defendants

and

/s/ Michelle B. Odum
Michelle Banks Odum, ABA No. 94135
HUMPHRIES, ODUM & EUBANKS
Attorneys for Medical Defendants
1901 Broadway Street
Little Rock, AR 72206
Telephone: (501) 420-1776
Email: michelle@humphrieslaw.net

## CERTIFICATE OF SERVICE

  I, Michelle Banks Odum, hereby certify that on May 25, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification to anyone registered in this case to receive such filings, including counsel of record.

*/s/ Michelle B. Odum*

Michelle Banks Odum