# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### TEXARKANA DIVISION

CRAIG SHIPP                                         PLAINTIFF

v.                      CASE NO. 4:18-CV-04017-SOH

KEVIN MURPHY, et al.                            DEFENDANTS

## PLAINTIFF'S STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## OF DEFENDANTS CUNNINGHAM, HOFMANN, LOMAX
## <u>AND STONER ONLY</u>

COMES NOW the Plaintiff, by and through counsel and dismisses without prejudice

Defendants Diane Cunningham, Kimberly Hofmann, Lorene Lomax and Melissa Stoner

ONLY. Counsel for Defendants have no objection to this Dismissal Without Prejudice.

Respectfully submitted,
WALSH & FRANSEEN

/s/ Derek S. Franseen
Micky Walsh, OBA No. 9327
Derek S. Franseen, OBA No. 30557
200 E. 10th Street Plaza
Edmond, OK 73034
(405) 843-7600 - Telephone
(405) 606-7050 - Facsimile
mwalsh@walshlawok.com
dfranseen@walshlawok.com

and

Ronald W. Metcalf, AR Bar No. 73084
Ronald W. Metcalf, PA
702 Garrison Ave.
Ft. Smith, AR 72901
**Mailing address:**

P.O. Box 1844
Ft. Smith, AR 72902
metcalfron@aol.com
(479) 783-0239 - Telephone
(479) 783-6754 - Facsimile
*Counsel for Plaintiff*

## CERTIFICATE OF ELECTRONIC FILING & NOTICE

This is to certify that on this 6th day of June, 2019, I electronically transmitted this document to the Clerk of the Court using the ECF system for filing, which shall send notification to anyone registered in this case to receive such filings via the ECF.

Michelle Banks Odum
Humphries, Odum & Eubanks
1901 Broadway Street
Little Rock, AR 72206
michelle@humphrieslaw.net
*Counsel for Doctor Defendants*

Leslie Rutledge, Attorney General
Rosalyn Middleton, Asst. Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
rosalyn.middleton@arkansasag.gov
*Counsel for Defendant Arnold*

/s/ Derek S. Franseen
Derek S. Franseen