UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CRAIG SHIPP                                                                                       PLAINTIFF

v.                                       CASE NO. 4:18-CV-04017-SOH

KEVIN MURPHY, et al.                                                                      DEFENDANTS

### PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. EARL PEEPLES

Plaintiff, Craig Shipp, moves this Court for an Order excluding certain testimony and opinions of Defendants' expert witness, Earl Peeples. Specifically, Plaintiff moves to exclude testimony for medical causation opinions that are not based on standard of care; opinions related to a correctional physician, including but not limited to Dr. Lemdja; opinions based on the family's actions that are not based upon medical standard of care; any opinions related to actions by the health services administrator or Lenora Philson and any opinions related to or based upon A1C levels. Plaintiff would move to strike such testimony and opinions as they are not based upon sufficient facts and/or are not within the expertise, experience and/or training of Dr. Peeples' background. Furthermore, these opinions are cumulative to Dr. Stieve's opinions, who is designated to provide standard of care opinions for the correctional physicians.

A separate brief in support of this motion will be filed by the Plaintiff.

        Respectfully submitted,
        WALSH & FRANSEEN

        /s/ Derek S. Franseen
        Micky Walsh, OBA No. 9327, *Pro hac vice*
        Derek S. Franseen, OBA No. 30557, *Pro hac vice*
        200 E. 10th Street Plaza
        Edmond, OK 73034
        Telephone (405) 843-7600
        Facsimile (405) 606-7050
        -and-
        Ronald W. Metcalf, AR Bar No. 73084
        Ronald W. Metcalf, PA
        P.O. Box 1844
        Ft. Smith, AR 72902
        Telephone (479) 783-0239
        Facsimile (479) 783-6754
        *Counsel for Plaintiff*

## **CERTIFICATE OF ELECTRONIC FILING & NOTICE**

    This is to certify that on this 7th day of February, 2020, I electronically transmitted this document to the Clerk of the Court using the ECF system for filing, which shall send notification to anyone registered in this case to receive such filings.

        /s/ Derek S. Franseen
        Derek S. Franseen