IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CRAIG SHIPP      PLAINTIFF

VS.      NO. 4:18-CV-0417 SOH

CORRECT CARE SOLUTIONS, LLC,
DR. LORENE LOMAX, DR MIMO LEMDJA,
KIMBERLY HOFMANN, LENORA PHILSON,
KINDALL SMITH, DIANE CUNNINGHAM,
MELISSA STONER, STEVE ARNOLD      DEFENDANTS

ORAL DEPOSITION

OF

ROBBIN STYERS

TAKEN NOVEMBER 14, 2018, AT 1:42 P.M.

## Conway Court Reporting

Post Office Box 2188

Conway, Arkansas  72033

www.conwaycourtreporting.com

*"Spoken to written... word for word"*

Conway Office: 501.679.1488      Little Rock Office: 501.319.4807

 

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:

MR. DEREK S. FRANSEEN
WALSH & FRANSEEN
200 EAST 10TH STREET PLAZA
EDMOND, OKLAHOMA 73034

MR. RONALD METCALF
ATTORNEY AT LAW
702 GARRISON AVENUE
FORT SMITH, ARKANSAS 72901

ON BEHALF OF THE DEFENDANTS:

MS. MICHELLE ODUM
HUMPHRIES, ODUM & EUBANKS
1901 BROADWAY STREET
LITTLE ROCK, ARKANSAS 72206

MS. ROSALYN MIDDLETON
ASSISTANT ATTORNEY GENERAL
323 CENTER STREET, SUITE 200
LITTLE ROCK, ARKANSAS 72201

I N D E X

STYLE AND NUMBER . . . . . . . . . . . . . . . . . . . . . . . 1

APPEARANCES . . . . . . . . . . . . . . . . . . . . . . . . . 2

STIPULATION PAGE . . . . . . . . . . . . . . . . . . . . . . . 4

WITNESS: **ROBBIN STYERS**

    Examination by Ms. Odum . . . . . . . . . . . . . . . . 5

    Examination by Ms. Middleton . . . . . . . . . . . . . . 20

    Examination by Mr. Franseen . . . . . . . . . . . . . . 22

    Further Examination by Ms. Odum . . . . . . . . . . . . 23

    Deposition Concluded . . . . . . . . . . . . . . . . . 24

COURT REPORTER'S CERTIFICATE . . . . . . . . . . . . . . . . 26

E X H I B I T S

(NO EXHIBITS IDENTIFIED OR ATTACHED)

C A P T I O N

ANSWERS AND ORAL DEPOSITION OF **ROBBIN STYERS**, a witness produced at the request of the Defendants, taken in the above-styled and numbered cause on the 14th day of November, 2018, at 1:42 p.m., at the law offices of Ronald Metcalf, 702 Garrison Avenue, Fort Smith, Arkansas, pursuant to the Federal Rules of Civil Procedure.

```
                          P R O C E E D I N G S
```

THEREUPON,

**ROBBIN STYERS**,

THE WITNESS HEREINBEFORE NAMED, having been first duly cautioned and sworn by me to testify to the truth, the whole truth, and nothing but the truth, testified on her oath as follows, to-wit:

EXAMINATION

BY MS. ODUM:

Q   All right and good afternoon. I just introduced myself, but for the record I'm Michelle Odum. I'm the lawyer for the medical defendants in the lawsuit that was filed by your brother, Craig Shipp.

A   Yes.

Q   Okay. We're here today to take your deposition. Have you ever had a deposition taken before?

A   No.

Q   Okay. Well, what this is, is it's an informal way to get factual information from you that has something to do with the lawsuit, so anything that relates to the lawsuit. A little bit of history just because there's been a jury request, but generally it's we're asking you what you remember, what happened, and that sort of thing.

A   Okay.

1          He, you know, would just let me know that he was -- you
2    know, his feet were getting really bad and was talking with the
3    warden or, you know, had requested, you know, his shoes be sent
4    to him, and just the trouble that he was having trying to get
5    the shoes to him.
6    Q    Okay.  Did you have his shoes at the time?
7    A    Yes.
8    Q    Okay.  Were you at the jail -- or how did you come into
9    possession of his shoes?
10   A    I went to Crawford County, the jail, to pick them up --
11   Q    Okay.
12   A    -- his belongings.
13   Q    All right.  When he called you, was that when he was
14   requesting that you send him his shoes?
15   A    Well --
16   Q    Or did you talk to him more than once about the shoes?
17   A    I talked to him more than once about the shoes.
18   Q    Okay.  Are you the one that he called to ask you to ship
19   his shoes to him?
20   A    Yes.
21   Q    And how did you get -- how did you do that, was it FedEx'd
22   overnight?
23   A    FedEx'd.  Yeah, I took it to the FedEx store in Fort Smith
24   and --
25   Q    Okay.  Was it an overnight?

1  A   It was overnight because, like I said, it took so long for
2  them to approve the shoes, we got them to him as soon as we
3  could.
4  Q   Okay. Did you ever contact the unit yourself to speak to
5  someone other than your brother about his shoes?
6  A   No.
7  Q   Okay. Back relating to his diabetes, was he compliant
8  with things that diabetics are supposed to do -- from your
9  observations, only your observations? I mean --
10 A   Diet-wise, yes.
11 Q   Okay. Did he always wear his orthotics?
12 A   Yes.
13 Q   Okay. Now, when he was released from prison, did you see
14 him when he -- you know, after he got out?
15 A   Yes.
16 Q   Okay. Was -- did he wear -- if he wasn't in a cast, was
17 he wearing his shoes?
18 A   Yes. But he was always in a cast --
19 Q   Okay.
20 A   -- but he had the other orthotic on the other foot.
21 Q   Okay. Now, was there ever a time that you saw him using a
22 wheelchair?
23 A   He had one, but he just would rather sit and -- but, yes,
24 he had one. He did have to use it sometimes, but most of the
25 time he just stayed in his chair.

| | | |
|---|---|---|
| 1 | A | Correct. |
| 2 | Q | And your mom called daily; is that correct? |
| 3 | A | Yes. |
| 4 | Q | And what's your mother's name? |
| 5 | A | Betty Shipp. |
| 6 | Q | Betty Shipp. Did I hear you say that you -- your brother called you on the 17th; correct, around about that -- about his shoes? |
| 9 | A | I don't know the exact dates or anything, but. |
| 10 | Q | Okay. Let me rephrase. So he called you. Do you remember getting a call from him about shipping him his shoes? |
| 12 | A | Yes. |
| 13 | Q | Okay. And after getting that call you shipped them the following day? |
| 15 | A | Yes. |
| 16 | Q | Okay. And you shipped them FedEx? |
| 17 | A | FedEx overnight. |
| 18 | Q | All right. Now, did you write your brother while he was -- |
| 20 | A | No, no. |
| 21 | Q | You never did? |
| 22 | A | No. |
| 23 | Q | Okay. But he wrote you? |
| 24 | A | No, wait. I'm sorry, I did write him. |
| 25 | Q | Okay. |

C E R T I F I C A T E

STATE OF ARKANSAS    )
                     )ss
COUNTY OF FAULKNER   )


I, DENNIS W. MICKELS, Certified Court Reporter #735, do hereby certify that the facts stated by me in the caption on the foregoing proceedings are true; and that the foregoing proceedings were reported verbatim through the use of the voice-writing method and thereafter transcribed by me or under my direct supervision to the best of my ability, taken at the time and place set out on the caption hereto.


I FURTHER CERTIFY, that I am not a relative or employee of any attorney or employed by the parties hereto, nor financially interested or otherwise, in the outcome of this action, and that I have no contract with the parties, attorneys, or persons with an interest in the action that affects or has a substantial tendency to affect impartiality, that requires me to relinquish control of an original deposition transcript or copies of the transcript before it is certified and delivered to the custodial attorney, or that requires me to provide any service not made available to all parties to the action.

WITNESS MY HAND AND SEAL this 25th day of November, 2018.



DENNIS W. MICKELS, CCR

Certified Court Reporter #735

