# RESIDENT REQUEST

CENTER: _____   DATE: 2-1-16

TO: Steve Arnold   OFFICE: _____

FROM: Craig Shipp   NUMBER: _____

JOB: _____   SUPERVISOR: _____

WORKING HOURS: _____   HOUSING UNIT: _____

Give a detailed reason for request:

Orthotic diabetic shoes for Charcot joint

*Craig Shipp*
Residents Signature

**ACTION TAKEN:**

2-2-16

IF you NEED special shoes you will NEED TO GO SEE MEDICAL.

*S. Arnold 2-2-16*
RESPONDANT'S SIGNATURE



EXHIBIT 3

CRCA.000001

RECEIVED FEB 02 2016

# RESIDENT REQUEST

CENTER: SWACCC  DATE: 2-12-16
TO: Warden Arnold Frazier  OFFICE:
FROM: Craig Shipp  NUMBER: 660878
JOB:  SUPERVISOR:
WORKING HOURS:  HOUSING UNIT: 4-S

RECEIVED FEB 1 2016

**GIVE A DETAILED REASON FOR REQUEST:**

Open wound on left foot. And Charcot joint on left foot causing bones to break down. Need special orthotics.

This must be addressed in a flex care due to it has to be evaluated for medical necessity by the doctor.

_____
(RESIDENT'S SIGNATURE)

**ACTION TAKEN:**
2-12-16
- Medical

8a ___ 2-12-16

_____ HSA 2/15/16
(RESPONDANT'S SIGNATURE AND DATE)

CCS- Requests Complaints Other 0026