**Stephen Arnold**

| | |
|---|---|
| **From:** | Lenora Turner [LeTurner@CorrectCareSolutions.com] |
| **Sent:** | Tuesday, February 16, 2016 10:14 AM |
| **To:** | Stephen Arnold |
| **Cc:** | Kim Hofmann |
| **Subject:** | Resident Craig Shipp #660878 |
| **Attachments:** | Resident Shipp.pdf |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

Good Morning,

Resident Shipp #660878 was seen by Dr. Lomax this am regarding his foot deformity, foot infection and ongoing problems with foot ulcers related to his Diabetes. He is the one that spoke with you about that is requesting to have his specially made diabetic shoes shipped to the facility because as Dr. Lemdja put it"He could lose his foot".

Dr. Lemdja removed some skin from his foot and put him on antibiotics last week. He also had quite a bit of swelling and bleeding at that time.

Today, I was called in by Dr. Lomax, (with Resident Shipp present) and she also states that this is a "limb threatening condition" and she requests his shoes either shipped to the facility or that he be transferred to Malvern. He is still on antibiotics and the nurses are doing treatments on his feet.

Resident Shipp states that he has written and family in an attempt to have them shipped directly from the manufacturer, however, that was on the 7th. He said that he has a pair of $1200.00 shoes at home that he just got in November and requests his family send them to the unit from home becauuse they have been molded and specially made for him.

I have attached a copy of the restriction that was written this am. Please advise on whether the shoes can be shipped from home.

Thanks


LeNora Turner, RN
Health Services Administrator
Correct Care Solutions
LeTurner@correctcaresolutions.com
Cell (903)691-0380
Office (870)779-2009

1



EXHIBIT
6

ACC-0399

*ARKANSAS DEPARTMENT OF CORRECTION*
**Medical Restrictions/Limitations/Special Authorization(s)**     **MSF-207**

| PART 1 - RESTRICTIONS: | RESTRICT INMATE FROM: |
|---|---|
| | ☐ Restrict from assignment requiring strenuous physical activity in excess of hours per day. Allow 10 minute break after each hour. |
| | ☑ Restrict from assignment requiring prolonged crawling, stooping, running, jumping, walking, or standing, in excess of <u>0</u> hours per day. Allow 10 minute break after each hour. |
| | ☐ Restrict from assignment requiring lifting of heavy materials in excess of lbs; and/or overhead work in excess of hours per day. Allow 10 minute break after each hour. |
| PART 2 - LIMITATIONS: | INMATE REQUIRES: |
| | * ☐ Bed Rest    days. Reason: |
| | ☐ No Duty    days. Reason: |
| | ☐ No Yard Call    days. Reason: |
| | ☐ No Sports    days. Reason: |
| | ☐ One Arm/Hand Duty    days. |
| PART 3 - AUTHORIZATIONS: | INMATE IS AUTHORIZED TO: |
| | ☐ Report to the Infirmary for Special Treatments( ) |
| |     ☐ Soak: |
| |     ☐ Exercise: |
| |     ☐ Other: |
| | ☐ Bathe in the Infirmary |
| |     ☐ Sitz Bath |
| |     ☐ Cast |
| |     ☐ Other: |
| | ☑ Have In Possession: |
| |     ☐ Cane |
| |     ☐ Crutches |
| |     ☐ Brace: (describe briefly) |
| |     ☑ Prescribed Footwear: <u>needs his own CUSTOM shoes for foot deformity</u> |
| |     ☑ Orthopedic Appliance: (describe briefly) <u>needs own CUSTOM insoles</u> |
| |     ☑ Other: <u>Elevator UP & DOWN</u> |
| | * ☐ Go to Dining/Pill Window/Shower Only |

This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Starts: 02/16/2016  09:27:00 AM
This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Ends: 02/14/2017  09:27:00 AM

*signed:* Lorene Lomax

Name: Shipp, Craig A.
DOB: 11/11/1970
ADC#: 660878

Lorene Lomax

Distribution: Original - Medical Jacket

# Stephen Arnold

**From:** Kevin Murphy
**Sent:** Tuesday, February 16, 2016 10:26 AM
**To:** Stephen Arnold
**Subject:** Re: Resident Craig Shipp #660878

**Sensitivity:** Confidential

Ok

On Feb 16, 2016, at 10:17 AM, Stephen Arnold <Stephen.Arnold@arkansas.gov> wrote:

> Good morning, sir.
>
> Unless you have an issue with it, I think I need to allow his "special" shoes to be sent in. I can personally inspect them upon arrival and have him sign a release that we are not responsible for the shoes.
>
> Request your consideration. Thank you, sir.
>
> Respectfully,
>
> Stephen Arnold
> SWC
>
> **From:** Lenora Turner [mailto:LeTurner@CorrectCareSolutions.com]
> **Sent:** Tuesday, February 16, 2016 10:14 AM
> **To:** Stephen Arnold
> **Cc:** Kim Hofmann
> **Subject:** Resident Craig Shipp #660878
> **Importance:** High
> **Sensitivity:** Confidential
>
> Good Morning,
> Resident Shipp #660878 was seen by Dr. Lomax this am regarding his foot deformity, foot infection and ongoing problems with foot ulcers related to his Diabetes. He is the one that spoke with you about that is requesting to have his specially made diabetic shoes shipped to the facility because as Dr. Lemdja put it "He could lose his foot".
>
> Dr. Lemdja removed some skin from his foot and put him on antibiotics last week. He also had quite a bit of swelling and bleeding at that time.
>
> Today, I was called in by Dr. Lomax, (with Resident Shipp present) and she also states that this is a "limb threatening condition" and she requests his shoes either shipped to the facility or that he be transferred to Malvern. He is still on antibiotics and the nurses are doing treatments on his feet.
>
> Resident Shipp states that he has written and family in an attempt to have them shipped directly from the manufacturer, however, that was on the 7th. He said that he has a pair of $1200.00 shoes at home that he just got in November and requests his family send them to the unit from home becauuse they have been molded and specially made for him.

1

I have attached a copy of the restriction that was written this am. Please advise on whether the shoes can be shipped from home.

Thanks

LeNora Turner, RN
Health Services Administrator
Correct Care Solutions
LeTurner@correctcaresolutions.com
Cell (903)691-0380
Office (870)779-2009

<Resident Shipp.pdf>

**Stephen Arnold**

**From:** Lenora Turner [LeTurner@CorrectCareSolutions.com]
**Sent:** Tuesday, February 16, 2016 1:54 PM
**To:** Stephen Arnold
**Subject:** Re: Resident Craig Shipp #660878

**Sensitivity:** Confidential

Will do. Thank you.

LeNora Turner, RN
Health Services Administrator
Correct Care Solutions
LeTurner@correctcaresolutions.com
Cell (903)691-0380
Office (870)779-2009

---

**From:** Stephen Arnold <Stephen.Arnold@arkansas.gov>
**Sent:** Tuesday, February 16, 2016 10:33 AM
**To:** Whitney Walker; Janice Jones (DCC); Tina Martin; Tina Maxwell
**Cc:** Lenora Turner
**Subject:** FW: Resident Craig Shipp #660878

Good morning.

Please have his family send in the "special" shoes and send to my attention. Please advise when they arrive. Thank you.

Stephen Arnold
SWC

---

**From:** Kevin Murphy
**Sent:** Tuesday, February 16, 2016 10:26 AM
**To:** Stephen Arnold
**Subject:** Re: Resident Craig Shipp #660878
**Sensitivity:** Confidential

Ok

On Feb 16, 2016, at 10:17 AM, Stephen Arnold <Stephen.Arnold@arkansas.gov> wrote:

> Good morning, sir.
>
> Unless you have an issue with it, I think I need to allow his "special" shoes to be sent in. I can personally inspect them upon arrival and have him sign a release that we are not responsible for the shoes.
>
> Request your consideration. Thank you, sir.
>
> Respectfully,

1

Stephen Arnold
SWC

---

**From:** Lenora Turner [mailto:LeTurner@CorrectCareSolutions.com]
**Sent:** Tuesday, February 16, 2016 10:14 AM
**To:** Stephen Arnold
**Cc:** Kim Hofmann
**Subject:** Resident Craig Shipp #660878
**Importance:** High
**Sensitivity:** Confidential

Good Morning,

Resident Shipp #660878 was seen by Dr. Lomax this am regarding his foot deformity, foot infection and ongoing problems with foot ulcers related to his Diabetes. He is the one that spoke with you about that is requesting to have his specially made diabetic shoes shipped to the facility because as Dr. Lemdja put it "He could lose his foot".

Dr. Lemdja removed some skin from his foot and put him on antibiotics last week. He also had quite a bit of swelling and bleeding at that time.

Today, I was called in by Dr. Lomax, (with Resident Shipp present) and she also states that this is a "limb threatening condition" and she requests his shoes either shipped to the facility or that he be transferred to Malvern. He is still on antibiotics and the nurses are doing treatments on his feet.

Resident Shipp states that he has written and family in an attempt to have them shipped directly from the manufacturer, however, that was on the 7th. He said that he has a pair of $1200.00 shoes at home that he just got in November and requests his family send them to the unit from home becauuse they have been molded and specially made for him.

I have attached a copy of the restriction that was written this am. Please advise on whether the shoes can be shipped from home.

Thanks


LeNora Turner, RN
Health Services Administrator
Correct Care Solutions
LeTurner@correctcaresolutions.com
Cell (903)691-0380
Office (870)779-2009

<Resident Shipp.pdf>

2