# Inmate Record Summary

Date range thru 08/23/2018

## Offender Demographics

| | | | |
|---|---|---|---|
| ADC#: | 660878 | Name: | Shipp, Craig A. |
| Status: | Inactive ADC Inmate | | |
| Sex: | Male | Race: | Caucasian |
| Ethnic: | European/N.Am./Austr | Citizenship: | Native Born |
| DOB: | ████ | Age: | 47 |
| Birthplace - City: | Ozark | State: | Arkansas |
| Height: | 6Ft 02In | Weight: | 230Lbs |
| Hair: | Gray | Eyes: | Blue |
| SSN: | | SID: | 03104324 |
| FBI: | | DL: | AR ████ |
| DNA Test: | DNA Verified by ASCL | As of Date: | 12/08/2005 |
| Last Drug Test: | 02/08/2017 | | |

## Sentencing Overview

| | | | |
|---|---|---|---|
| Convicted Date: | 01/11/2016 | County: | Crawford |
| Primary Offense: | Viol Of Omb DWI Act 4th Offens | Total Term: | 2y 0m 0d |
| Transfer Eligibility Date: | 05/31/2016 | Projected Release Date: | 01/29/2018 |
| Last Parole Hearing: | 07/18/2016 | | |
| Type: | Transfer Screening | Action: | Transfer To ACC Supervision |

## Current Incarceration Details

| | | | |
|---|---|---|---|
| Admitted: | 01/28/2016 | Admission Type: | New Commitment- Juris. Tranfr. |
| Current Facility: | Not Applicable | Bed Assignment: | UNK  UNK |
| Control Status: | | | |
| Begin Date: | | End Date: | |
| Last Movement Date: | 01/29/2018 | Type: | Discharged |
| Movement Reason: | Discharge | Prior Location: | 0600029 |
| Assignment AM: | Unassigned | PM: | Unassigned |
| Current Custody Date: | 07/20/2016 | Level: | C2-Minimum (Trusty) |
| Score: | 1 | Parole Class: | I-P |
| Last Disciplinary Date: | | | |

**EXHIBIT** 15

|  | Type: | Verdict: |
|---|---|---|
| Medical Grade: | UN-Unknown | Food Handling ☐ |
| WRAT: |  | BETA: 000 |

| Type | Comments |
|---|---|
| No Rows Found | |

### Current Incarceration Period

Admission Date: 01/28/2016     Inmate Type: New Commitment- Juris. Tranfr.

None

| Cmt | County | Begin Date | Work Date | Status | Status Date |
|---|---|---|---|---|---|
| 01 | Crawford | 01/01/1000 | 01/01/1000 | Imposed | |

| Count | Docket# | Arrest Tracking# | Offense | Act(s) | How Served | Sentence Length | T/C | Status |
|---|---|---|---|---|---|---|---|---|
| 001 | 1996-42AV | | Hot Check One Inst > $1,000 | | Initial | 0y 0m 0d | Unknown | Probation Complete |

| Cmt | County | Begin Date | Work Date | Status | Status Date |
|---|---|---|---|---|---|
| AA | Crawford | 01/01/1000 | 01/28/2016 | Imposed | |

| Count | Docket# | Arrest Tracking# | Offense | Act(s) | How Served | Sentence Length | T/C | Status |
|---|---|---|---|---|---|---|---|---|
| 001 | 2015-337 | CRW002113865 | Viol Of DWI 4th Offense | 531, 534 | Initial | 0y 24m 0d | 1/3 Sent Srvd B4 Parole | Imposed |

Comments: 270 Date 10-28-16. WW
TimeStamp: 20 July 2016 09:07:18 --- User: Monica Shults (SM17)
changed time comp flag to reflect 1/3 per act 592. ms

| 002 | 2015-337 | CRW002113865 | Viol Of DWI 4th Offense | 531, 534 | Concurrent | 0y 0m 0d | N/E - Not Eligible For Parole | Imposed |

| Date Placed | Type | Authority | Agency Name |
|---|---|---|---|
| No Rows Found | | | |

| Date | Time | Reporting Location | Movement Type | Reason | Other Location |
|---|---|---|---|---|---|
| 01/28/2016 | 04:06 PM | Crawford County Backup List | New Commitment- Juris. Tranfr. | County/City Jail Backup | Crawford County Sheriff's Office |
| 01/28/2016 | 04:12 PM | Crawford County Backup List | Out on Bond | Bond | Crawford County Sheriff's Office |
| 01/31/2016 | 08:00 AM | Crawford County Backup List | Returned from Bond | Bond | Crawford County Sheriff's Office |

| Date | Time | Reporting Location | Movement Type | Reason | Other Location |
|---|---|---|---|---|---|
| 02/01/2016 | 12:00 PM | Crawford County Backup List | Transfered to Another Facility | County/City Jail Backup | SW AR CCC |
| 02/01/2016 | 12:01 PM | SW AR CCC | Received from Another Facility | County/City Jail Backup | Crawford County Backup List |
| 03/02/2016 | 01:22 PM | SW AR CCC | Out To Court | Court Appearance | Franklin County Sheriff's Office |
| 03/03/2016 | 06:20 PM | SW AR CCC | Returned from Court | Court Appearance | Franklin County Sheriff's Office |
| 05/11/2016 | 12:43 PM | SW AR CCC | Out to Hospital | Medical Needs | UAMS |
| 05/17/2016 | 02:00 PM | SW AR CCC | Returned from Hospital | Completed Treatment | UAMS |
| 05/17/2016 | 02:01 PM | SW AR CCC | Transferred to ADC | Medical Needs | Ouachita River Correctional Unit Hospital |
| 05/17/2016 | 03:48 PM | Ouachita River Correctional Unit Hospital | Received at ADC from ACC | Medical Needs | SW AR CCC |
| 07/14/2016 | 04:07 PM | Ouachita River Correctional Unit Hospital | Transfered to Another Facility | Medical Needs | SW AR CCC |
| 07/14/2016 | 04:09 PM | SW AR CCC | Received from Another Facility | Medical Needs | Ouachita River Correctional Unit Hospital |
| 07/14/2016 | 04:09 PM | SW AR CCC | Transfered to Another Facility | Medical Needs | Ouachita River Correction Unit New Commitment |
| 07/14/2016 | 04:10 PM | Ouachita River Correction Unit New Commitment | Received from Another Facility | Medical Needs | SW AR CCC |
| 07/14/2016 | 04:11 PM | Ouachita River Correction Unit New Commitment | Transfered to Another Facility | Medical Needs | Ouachita River Correctional Unit Hospital |
| 07/14/2016 | 04:11 PM | Ouachita River Correctional Unit Hospital | Received from Another Facility | Medical Needs | Ouachita River Correction Unit New Commitment |
| 07/15/2016 | 02:53 PM | Ouachita River Correctional Unit Hospital | Transfered to Another Facility | Improved Health | Ouachita River Correction Unit New Commitment |
| 07/15/2016 | 02:54 PM | Ouachita River Correction Unit New Commitment | Received from Another Facility | Improved Health | Ouachita River Correctional Unit Hospital |
| 07/29/2016 | 11:43 PM | Ouachita River Correction Unit New Commitment | Out to Hospital | Medical Needs | UAMS |
| 08/05/2016 | 08:44 PM | Ouachita River Correction Unit New Commitment | Returned from Hospital | Medical Needs | UAMS |
| 08/05/2016 | 08:44 PM | Ouachita River Correction Unit New Commitment | Transferred to Another Facility | Medical Needs | Ouachita River Correctional Unit Hospital |
| 08/05/2016 | 08:45 PM | Ouachita River Correctional Unit Hospital | Received from Another Facility | Medical Needs | Ouachita River Correction Unit New Commitment |

| Date | Time | Reporting Location | Movement Type | Reason | Other Location |
|---|---|---|---|---|---|
| 08/10/2016 | 08:21 AM | Ouachita River Correctional Unit Hospital | Transferred to Another Facility | Improved Health | Ouachita River Correction Unit New Commitment |
| 08/10/2016 | 08:25 AM | Ouachita River Correction Unit New Commitment | Received from Another Facility | Improved Health | Ouachita River Correctional Unit Hospital |
| 08/10/2016 | 09:51 AM | Ouachita River Correction Unit New Commitment | ADC Released to Supervision | In State | Fort Smith |
| 01/29/2018 | 09:18 AM | Fort Smith | Discharged | Discharge | Unknown |

| Begin Date | Type | End Date | Forfeit Days | Cmt/Count | Dead-Time Days |
|---|---|---|---|---|---|
| 01/11/2016 | Bond (Pre-Reception) | 01/27/2016 | 0 | AA/001 | 16 |
| 01/28/2016 | Bond (Post-Reception) | 01/31/2016 | 0 | AA/001 | 4 |

| Date | Type | Custody | Facility | Staff |
|---|---|---|---|---|
| 02/01/2016 | Initial | Minimum (Trusty) | SW AR CCC [SWC] | Francis (Garrett), April |
| 07/20/2016 | Reclassification | Minimum (Trusty) | Ouachita River Correction Unit New Commitment [U03] | Reynolds, Lisa R |

| Date | Facility | Rule Violation | Sentencing Condition | Verdict |
|---|---|---|---|---|
| No Rows Found | | | | |

| Start Date | Start Time | Action | Duration (in days) | Actual End Date | Actual Duration |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

| Date | Type | GT Class | Duration (in days) | GT Days | Reason | Status |
|---|---|---|---|---|---|---|
| 01/28/2016 | GT Class Change (due to Mvmt.) | Class IV | 4 | 0 | Out on Bond | Applied |
| 01/28/2016 | County Jail Backup | Class IV | 0 | 0 | External Movement | Applied |
| 02/01/2016 | County Jail 626 | | 0 | 1 | Other | Applied |
| 02/01/2016 | Admission | Class I-B | 164 | 0 | External Movement | Applied |
| 07/14/2016 | GT Class Change (due to Mvmt.) | Class I-C | 27 | 0 | External Movement | Applied |
| 08/10/2016 | GT Class Change (due to Mvmt.) | Class I-P | 552 | 0 | Release CP Supv. | Applied |

| Date | Facility | Housing Area ID | Bed ID | Reason |
|---|---|---|---|---|

| Date | Facility | Housing Area ID | Bed ID | Reason |
|---|---|---|---|---|
| 02/03/2016 | SW AR CCC | 4TH | 402A | Disciplinary Confinement |
| 03/04/2016 | SW AR CCC | FLR5 | 040A | Initial Assignment |
| 04/15/2016 | SW AR CCC | FLR3 | 057B | Initial Assignment |
| 05/17/2016 | Ouachita River Correctional Unit Hospital | HOSP | 5A | Initial Assignment |
| 05/26/2016 | Ouachita River Correctional Unit Hospital | HOSP | ISO2 | Overcrowding Adjustment |
| 06/01/2016 | Ouachita River Correctional Unit Hospital | HOSP | ISO1 | Initial Assignment |
| 07/14/2016 | Ouachita River Correctional Unit Hospital | HOSP | ISO1 | Medical Reason |
| 07/15/2016 | Ouachita River Correction Unit New Commitment | 0003 | 0024 | Initial Assignment |
| 08/06/2016 | Ouachita River Correctional Unit Hospital | HOSP | 11A | Medical Reason |

| Date | Type | Facility | Level | Form |
|---|---|---|---|---|
| No Rows Found | | | | |

| Date | Program | Referral Source | Priority | Status | As of Date |
|---|---|---|---|---|---|
| 02/01/2016 | Job Readiness | Intake Counselor | Medium | Released from Custody | 05/17/2016 |
| 02/01/2016 | Family Dynamics | Intake Counselor | Medium | Released from Custody | 05/17/2016 |
| 02/01/2016 | Life Skills | Intake Counselor | Medium | Released from Custody | 05/17/2016 |
| 02/01/2016 | Drugs 101 | Intake Counselor | Medium | Released from Custody | 05/17/2016 |
| 02/01/2016 | Relapse Prevention | Intake Counselor | Medium | Released from Custody | 05/17/2016 |
| 02/01/2016 | Thinking Errors | Intake Counselor | Medium | Released from Custody | 05/17/2016 |
| 02/01/2016 | Money Management | Intake Counselor | Medium | Released from Custody | 05/17/2016 |
| 02/01/2016 | Substance Abuse Treatment | Intake Counselor | Medium | Released from Custody | 05/17/2016 |
| 02/01/2016 | Anger Management | Intake Counselor | Medium | Released from Custody | 05/17/2016 |

| Date | Facility | Job/Program | Sec | Start Time | Status | As of Date |
|---|---|---|---|---|---|---|
| 02/01/2016 | SW AR CCC [SWC] | Orientation | 001 | 07:00 AM | Transferred | 05/17/2016 |
| 03/18/2016 | SW AR CCC [SWC] | Hall Porter | 001 | 07:00 AM | Transferred | 05/17/2016 |

| Date | Certificate Type | Score | Facility |
|---|---|---|---|
| No Rows Found | | | |

| Date | Time | Event Type | Hearing Type / Action Taken |
|---|---|---|---|
| 05/19/2016 | 01:01 AM | Parole Risk Assessment Completed | |
| 05/19/2016 | 10:57 AM | Eligibility Determined | Transfer Screening on 06/15/2016 |
| 05/19/2016 | 10:58 AM | PE/TE Hearing Docket Prepared | Transfer Screening on 06/15/2016 |
| 05/19/2016 | 12:00 PM | Parole Plan Prepared | |
| 06/01/2016 | 06:00 AM | Full Board Hearing/Scrng Held | Deferred |
| 06/17/2016 | 10:22 AM | PE/TE Hearing Docket Prepared | Transfer Screening on 07/27/2016 |
| 07/18/2016 | 06:00 AM | Full Board Hearing/Scrng Held | Transfer To ACC Supervision |
| 08/03/2016 | 10:19 AM | IPS/IPO Notes | |
| 08/04/2016 | 02:25 PM | Parole Plan Approved | |
| 08/05/2016 | 10:08 AM | IPS/IPO Notes | |
| 08/09/2016 | 10:04 AM | IPS/IPO Notes | |
| 08/10/2016 | 07:58 AM | IPS/IPO Notes | |

| Date | Time | Type/Reason | Notes |
|---|---|---|---|
| 07/20/2016 | 03:19 PM | Diagnostic | Subject denies any suicide attempt or thoughts |
| 07/20/2016 | 03:28 PM | Diagnostic | Inmate came to ADC from ACC and went into the hospital. When released from hospital, he was sent to intake instead of back to ACC. No jacket came with him. |
| 08/02/2016 | 02:53 PM | Chaplain Counseling | RESTRICTED ACCESS |

"Last Updated By" information