

**University of Arkansas for Medical Sciences**   4301 W. Markham, Little Rock,Ar
                                                  72205   Ph.5016867000

## Craig A Shipp

### About your hospitalization
You were admitted on: May 11, 2016          You last received care in the: F9 - SURGICAL SPECIALTY

You were discharged on: May 17, 2016

# Medications

Based on the information you provided to us as well as any changes during this visit, the following is your updated medication list. Compare this with your prescription bottles at home. If you have any questions or concerns, contact your primary care physician's office.

## Your medication list

### START taking these medications

| Medication | | Instructions | Last Dose Given | Next Dose Due |
|---|---|---|---|---|
| dextrose 5% in water SolP 250 mL with vancomycin 1,000 mg SolR 1,250 mg | ✓ | 1,250 mg by IV Piggyback route every 12 (twelve) hours. | 900 | |
| HYDROcodone-acetaminophen 5-325 mg per tablet  Commonly known as: NORCO | ✓ | Take 1 tablet by mouth every 6 (six) hours as needed. | | |
| levofloxacin 500 MG tablet  Commonly known as: LEVAQUIN | ✓ | Take 1 tablet (500 mg total) by mouth daily. | | |
| metroNIDAZOLE 500 MG tablet  Commonly known as: FLAGYL | ✓ | Take 1 tablet (500 mg total) by mouth 3 (three) times a day. | | |

EXHIBIT 16

CCS 445

## our medication list (continued)

### START taking these medications (continued)

| | Instructions | Last Dose Given | Next Dose Due |
|---|---|---|---|
| **naproxen 375 MG tablet**<br>Commonly known as: NAPROSYN | Take 1 tablet (375 mg total) by mouth 2 (two) times a day with meals. | | |

### CONTINUE taking these medications

| | Instructions | Last Dose Given | Next Dose Due |
|---|---|---|---|
| **AMLODIPINE ORAL** | Take by mouth. | | |
| **gabapentin 100 MG capsule**<br>Commonly known as: NEURONTIN | Take 100 mg by mouth 3 (three) times a day. | | |
| **LISINOPRIL ORAL** | Take by mouth. | | |
| **magnesium 250 mg Tab** | Take by mouth. | | |
| **metFORMIN 500 MG tablet**<br>Commonly known as: GLUCOPHAGE | Take 500 mg by mouth 2 (two) times a day with meals. | 500 | 620 |
| **SIMVASTATIN ORAL** | Take by mouth. | | |

### STOP taking these medications

**amoxicillin-clavulanate 875-125 mg per tablet**
Commonly known as: AUGMENTIN

**linezolid 600 mg tablet**
Commonly known as: ZYVOX

### Where to Get Your Medications

These are the prescriptions that you need to pick up.
**You may get the following medications from any pharmacy**
- dextrose 5% in water SolP 250 mL with vancomycin 1,000 mg SolR 1,250 mg
- HYDROcodone-acetaminophen 5-325 mg per tablet
- levofloxacin 500 MG tablet
- metroNIDAZOLE 500 MG tablet
- naproxen 375 MG tablet

# Instructions for after Discharge

## Activity Instructions
### Activity on discharge
WBAT LLE in cast. NO weight to right foot. Wear night splint on right foot at all times.
Instructions: Ambulate with assistive device
Limitations, Weight Bearing: Non- weight bearing to RLE

## Diet Instructions
### Discharge diet
Diet at discharge: Diabetic

## Other Instructions
### Seek medical attention
For:	Any unusual chest pain
Chills or fever greater than 101 degrees
Excessive Pain
Incisional redness, warmth, swelling, or drainage
any access site concerns

## Labs and Other Follow-ups after Discharge
IF YOU NEED ASSIST OR HAVE ANY CONCERNS THEN PLEASE CALL THE UAMS AT 501-686-7000 AND ASK FOR THE ORTHOPAEDIC RESIDENT ON CALL TO CALL YOU AT HOME.......IF YOU STILL NEED ASSIST THEN PLEASE CALL THE ORTHOPAEDIC CLINIC AT 501-686-6067 OR CALL THE MAIN ORTHOPAEDIC OFFICE AT 501-686-5251 OR CALL THE APPOINTMENT CENTER AT 501-686-8000 MONDAY THRU FRIDAY 8AM UNTIL 4:30PM..... IF YOU STILL NEED ASSIST THEN PLEASE CALL THE F9 NURSE AT 501-526-1900 ANY TIME FOR NURSE QUESTION ONLY.......IF YOU FEEL YOU NEED ASSIST WITH YOUR PRESCRIPTION THEN PLEASE CALL THE CLINIC .......IF YOU FEEL YOU HAVE AN EMERGENCY THEN PLEASE CALL 911 OR CALL THE UAMS EMERGENCY ROOM AT 501-526-2000 OR CALL YOUR LOCAL EMERGENCY ROOM

# Summary of your Hospitalization

## Why you were hospitalized
Your primary diagnosis was: Not on File
Your diagnoses also included: Diabetic Ulcer Of Right Foot, Therapeutic Drug Monitoring, Leg Ulcer, Left

## Physicians who cared for you during your hospitalization

| Provider | Service | Role |
|---|---|---|
| Ruth L. Thomas, MD | Orthopedic Surgery | Attending Provider |
| VANCOMYCIN | -- | Consulting Physician |
| ORTHOPEDIC INFECTIOUS DISEASE | -- | Consulting Physician |

CCS 447

| ou are allergic to the following | Date Reviewed: **5/13/2016** |
|---|---|
| No active allergies | |

| Order | Current Status |
|---|---|
| AFB Component Test | In process |
| AFB Culture | In process |
| AFB Culture Test | In process |
| Fungus Culture | In process |
| OR Culture | Preliminary result |

**Additional Information**

**IMPORTANT NOTICE**
**If you are taking Vicodin, Lorcet or another medication containing hydrocodone**

Overuse and abuse of hydrocodone is a public safety issue in the United States. To help cut down on the misuse of this drug, all medications containing hydrocodone have been reclassified by the U.S. Drug Enforcement Agency as a Schedule II narcotic effective Oct. 6, 2014.

This change means:
- Patients must take paper prescriptions to their pharmacy
- Prescriptions may not be written for more than a 30-day supply
- Refills are not allowed

This change is part of a national effort to prevent abuse of prescription pain medicine.

**If you have been taking one of these medications for more than 1 month, please contact the prescribing physician's office for an appointment as soon as possible.**

## dditional Information

If you feel you or a family member/friend is at risk of suicide please call the National Suicide Prevention Lifeline at 1-800-273-8255.

Your health is important to us. We hope you are pleased with the care you have received. Soon you may receive a survey with important questions about your care. Please compete the survey and return it to us. Your thoughts about your care are important and will help us better serve you and other patients and families.
Thank you for choosing UAMS Medical Center.

*For help in scheduling or canceling an appointment, call the **UAMS Appointment Center at (501) 686-8000** or toll free **1-866-826-7362**.*

## Discharge References/Attachments

None

## MyChart Activation

MyChart allows you to send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more. To sign up, go to www.uamshealth.com/MyChart and click on the **Sign Up Now** link in the New User? box. Enter your MyChart Activation Code exactly as it appears below along with the last four digits of your Social Security Number and your Date of Birth to complete the sign-up process. If you do not sign up before the expiration date, you must request a new code.

MyChart Activation Code: W3R9C-33HJR-45T75
Expires: 6/16/2016 9:52 AM

If you have questions, you can call 501-686-8555 to talk to our MyChart staff. Remember, MyChart is NOT to be used for urgent needs. For medical emergencies, dial **911**.

CCS 449