Name: Shipp, Craig A.  
IPTS005  
Docket #: 2015-337 PID #: 0091262  
Thursday August 23, 2018 09:14:21 AM

# Sentence Data Sheet

| | | | | | |
|---|---|---|---|---|---|
| ADC#: | 660878 | Name: Shipp, Craig A. | | Status: | Inactive |
| Sex: | Male | Race: Caucasian | | | |
| DOB: | [redacted] | Age: 47 | | | |
| SSN: | [redacted] | SID: 03104324 | | FBI: | 341322RB1 |
| DNA Test: | DNA Verified by ASCL | As of Date: 12/08/2005 | | Last Drug Test: | 02/08/2017 |
| Convicted Date: | 01/11/2016 | County: Crawford | | | |
| Primary Offense: | Viol Of Omb DWI Act 4th Offens | Total Term: 2y 0m 0d | | | |
| Current Facility: | Not Applicable | | | | |
| Current Custody Date: | 07/20/2016 | Type: C2-Minimum (Trusty) | | | |
| Score: | 1 | Parole Class: I-P | | | |
| Medical Grade: | UN-Unknown | WRAT: | | BETA: | 000 |

None

| Cmt | County | Begin Date | Work Date | Status | Status Date |
|---|---|---|---|---|---|
| AA | Crawford | | 01/28/2016 | Imposed | |

| Count | Docket# | Arrest Tracking# | Offense | Act(s) | How Served | Sentence Length | T/C | Status |
|---|---|---|---|---|---|---|---|---|
| 001 | 2015-337 | CRW002113865 | Viol Of Omb DWI Act 4th Offens | 531, 534 | Initial | 0y 24m 0d | 1/3 Sent Srvd B4 Parole | Imposed |

**Comments**

270 Date 10-28-16. WW  
TimeStamp: 20 July 2016 09:07:18 --- User: Monica Shults (SM17) changed time comp flag to reflect 1/3 per act 592. ms

| Count | Docket# | Arrest Tracking# | Offense | Act(s) | How Served | Sentence Length | T/C | Status |
|---|---|---|---|---|---|---|---|---|
| 002 | 2015-337 | CRW002113865 | Viol Of Omb DWI Act 4th Offens | 531, 534 | Concurrent | 0y 0m 0d | N/E - Not Eligible For Parole | Imposed |

| Date Placed | Type | Authority | Agency Name |
|---|---|---|---|
| No Rows Found | | | |

| Begin Date | Type | End Date | Forfeit Days | Cmt/Count | Dead-Time Days |
|---|---|---|---|---|---|
| 01/28/2016 | Bond (Post-Reception) | 01/31/2016 | 0 | AA/001 | 4 |
| 01/11/2016 | Bond (Pre-Reception) | 01/27/2016 | 0 | AA/001 | 16 |

ACC-0096

EXHIBIT 19