

# Arkansas Community Correction

Southwest Arkansas Community Correction Center
506 Walnut Street
Texarkana, Arkansas 71854
Phone (870) 779-2036    Fax (870) 779-2044
Stephen Arnold, Warden

February 1, 2016

Brenda Jeffers

Dear Ms. Jeffers

On February 01, 2016 Craig Shipp arrived at Southwest Arkansas Community Correction Center located in Texarkana, Arkansas to serve his sentence imposed by the Honorable Judge Gary Cottrell on January 01, 2016 to participate in our Modified Therapeutic Community Program. The purpose of Phase I is to orient newly arrived residents to our facility, rules and regulations, and the Modified Therapeutic Community concept prior to starting his Treatment Program. Resident has received his initial Medical, Dental, Mental, and Social assessment and has been provided with basic hygiene products. Some privileges will be restricted during Phase I. Residents will not have access to telephones and non-emergency visits will not be authorized.

This initial six week period allows Southwest Arkansas Community Correction Center a time to process and approve Resident Shipp's Visiting and Telephone Lists. He will be evaluated by our Physician, Dentist, and Mental Health Specialist during this period. Each resident is encouraged to maintain contact with family and friends by utilizing the U S Mail during Phase 1. He may send and receive mail immediately. If you or other family members and friends desire to send money to Resident Shipp to utilize in our Commissary Sales Unit, the funds must be in a Money Order form, contain the sender's full name and address, and the Residents Name and ADCC Number. Residents are not authorized to receive cash or any other items in the mail. All mail must be addressed as indicated:

Craig Shipp ACC #660878
506 Walnut St.
Texarkana, AR 71854

Once he completes Phase I Resident Shipp will have full access to the telephone system and visiting privileges on Saturday and Sunday. Southwest Arkansas Community Correction Center is looking forward to a speedy return of Resident Shipp to his family, friends, and community.

Sincerely,

Stephen Arnold
Warden

EXHIBIT
20

*"Serving Justice"*

CRCA.000059

