

**EXHIBIT 21**

## ADC HEALTH SERVICE REQUEST FORM

| Name (Last, First, MI): | ADC #: | Date of birth: | Barracks: | Date of Request: |
|---|---|---|---|---|
| Shipp, Craig A | 661898 | [redacted] | 45 | 2-3-16 |

**Job Assignment:**

**Description of the problem:** Deformed feet + toes due to charcot joint. Also Diabetes

I consent to be treated for the above problem. I understand that in accordance with the Department of Correction's policy, I will be charged for healthcare services through deductions of applicable co-payment charges from my resident account, and that if I have insufficient funds to cover the charge, the amount of the co-pay will be set up as an outstanding debt.

**INMATE'S SIGNATURE:** Craig Shipp **DATE:** 2-3-16

---

### FOR MEDICAL USE ONLY

**FACILITY NAME:** SWACCC
**DATE RECEIVED BY MEDICAL DEPT:** 2.5.16

PRIORITY 1: See within 24 hours- emergent need ☐
PRIORITY 3: See within 72 hours- routine request ☒
PRIORITY 2: See within 48 hours- urgent need ☐
PRIORITY 4: Face-to-face visit not needed; respond to request in writing ☐

**DATE TRIAGED:** 2.5.16 **TRIAGED BY: (NAME)** J. Htko **(TITLE)** LPN

*If the EHR is unavailable, enter nursing sick call notes in this area:*

**Vital Signs:** BP ___ Pulse ___ Temp ___ Resp ___ Wt ___
**Protocol Used:**
**Subjective:**
**Objective:**
**Assessment:**
**Plan:**
**Education:**

**Refer to:** [ ] Physician   [ ] Mid-level   [ ] Mental Health   [ ] Dental   [ ] Other (List):

**Medical Staff Name:**
**Medical Staff Signature:** ___ Title: ___ Date/Time: ___ Unit: ___

**Inmate Name:** Shipp, Craig  **ADC #:** 660878  **Date of Birth:** [redacted]

CCS.DOC.000292