## Arkansas Department of Community Correction
## CLINICAL NOTE

Name **Shipp, Craig**  ID# **660878**

| Date | # | Clinical Note |
|---|---|---|
| 02/17/2016 | | Resident Shipp, Craig #660878 completed a Request for Telephone Call on 2/16/2016. The request was granted on this date and took place in this Advisor's office at 3:07 P.M. The call was directed through Control and ended at approximately 3:12 P.M. During the call, R indicted that he was speaking with one of his sisters. R was giving directions regarding how he can acquire a pair of orthotic shoes. -------- *Natha Shacker, ai* |

*Greg Wick CADC, CS*

EXHIBIT 2.2

ACC-0211