IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CRAIG SHIPP　　　　　　　　　　　　　　　　　　　　PLAINTIFF

VS.　　　　　　　　NO. 4:18-CV-0417 SOH

CORRECT CARE SOLUTIONS, LLC,
DR. LORENE LOMAX, DR MIMO LEMDJA,
KIMBERLY HOFMANN, LENORA PHILSON,
KINDALL SMITH, DIANE CUNNINGHAM,
MELISSA STONER, STEVE ARNOLD　　　　　　　　　　DEFENDANTS

ORAL DEPOSITION

OF

MIMO LEMDJA, M.D.

TAKEN NOVEMBER 16, 2018, AT 8:59 A.M.

Conway Court Reporting

Post Office Box 2188

Conway, Arkansas  72033

www.conwaycourtreporting.com

"Spoken to written . . . word for word"

Conway Office: 501.679.1488   Little Rock Office:  501.319.4807


EXHIBIT G

1　encounter?

2　A　I told the nurse -- because the nurse was seeing the
3　patient, so I told the nurse to go ahead and call in the
4　antibiotics.  Because we put orders in.  We can tell the nurses
5　what you want, and I told him to -- I told her to start
6　antibiotics.  I saw the piece of tissue hanging, and I just
7　literally took the scissors and just cut it.  No big deal.  We
8　do that all the time.  And I told her to -- because at that
9　time, she had mentioned that he's a diabetic --

10　Q　Right.

11　A　-- and the patient told me, "I don't have my diabetic
12　shoes," and I told him, "Okay.  Well, get it from your family
13　-- go ahead and get it from your family."  So the nurse wrote
14　it down because she was the one doing the assessment, and I was
15　just going to order the antibiotics.

16　Q　Do you know whether the facility allows nurses to approve
17　medical devices?

18　A　They don't approve it; I approve it.

19　Q　Oh, okay.  So you approved it on February 5th?

20　A　I told the nurse to -- I told the patient to tell the
21　family to bring his -- if he doesn't have it, yeah.

22　Q　Right.  Right.  But a doctor has to approve an outside
23　medical device for it to come in to SWACCC; correct?

24　A　The doctor has to order -- yeah, has to approve.

25　Q　Right.  And so you documented your approval on February

```
 1   5th when you were informed by Mr. Shipp that he needed his
 2   orthotic shoes?
 3   A    I told the nurse to write down that he needs his shoes,
 4   yes, sir.
 5   Q    Can nurses write prescriptions at SWACCC?
 6   A    It's not a prescription.
 7   Q    Okay.  Can nurses write approvals for medical devices?
 8   A    Doctors do it.
 9   Q    Right, correct.  So you did not write the approval for a
10   medical device on February 5th; correct?
11   A    I told the patient to get his shoes if he has them.  I
12   told him personally.
13   Q    And that's all you did?
14   A    That's all I did, and the nurse documented.
15   Q    Did you write any other -- or did you communicate this
16   with anyone else other than the nurse?
17   A    The nurse was present, and the patient was present, so the
18   three of us.
19   Q    Okay.  Did you communicate it with anyone else?
20   A    No.
21   Q    Was there any other reason, in your mind, that you didn't
22   want to document this encounter?
23   A    It was documented.
24   Q    Okay.  By the nurse?
25   A    By the nurse.  They usually say, "The doctor orders," so
```

1  **Q    But you saw Mr. Shipp?**

2  A    -- that I didn't do.

3  **Q    Okay.**

4  A    I didn't take a history, I didn't examine the patient head

5  to toe, I had no assessment and no plan, so I told her, "I

6  can't do it, because I don't do that. That's not medical."

7  You don't document things that you didn't do.

8  **Q    That's not what that email describes, does it?**

9  A    That's what it does. I told her, "I will not document

10 anything that I didn't do because I didn't do it." I didn't do

11 a visit to document. I only document visits. I can't --

12 **Q    And you just pointed to this email and described what it**

13 **says. I want you to circle on this email -- on this Exhibit 5**

14 **where it says, "I told her I didn't document because I can't**

15 **document what I didn't do."**

16 A    Huh?

17 **Q    Circle on that.**

18 A    Oh, I don't -- that's what it means.

19 **Q    Okay. So you underlined on here, and I'm quoting this,**

20 **"She refused to document her interventions because she**

21 **vocalized that," quote, 'She didn't want her name in the chart**

22 **because it was too much of a liability,'" end quote. Looking**

23 **at Exhibit, I believe it's 3, that Physical Assessment 1,**

24 **maybe, or maybe it's --**

25 A    3?

C E R T I F I C A T E

STATE OF ARKANSAS    )
                     )ss
COUNTY OF FAULKNER   )


    I, KRISTY L. ROONEY, Certified Court Reporter #529, does hereby certify that the facts stated by me in the caption on the foregoing proceedings are true; and that the foregoing proceedings were reported verbatim through the use of the voice-writing method and thereafter transcribed by me or under my direct supervision to the best of my ability, taken at the time and place set out on the caption hereto.

    I FURTHER CERTIFY, that I am not a relative or employee of any attorney or employed by the parties hereto, nor financially interested or otherwise, in the outcome of this action, and that I have no contract with the parties, attorneys, or persons with an interest in the action that affects or has a substantial tendency to affect impartiality, that requires me to relinquish control of an original deposition transcript or copies of the transcript before it is certified and delivered to the custodial attorney, or that requires me to provide any service not made available to all parties to the action.


        CONWAY COURT REPORTING - 501.679.1488 or 501.319.4807
                www.conwaycourtreporting.com

ERRATA SHEET

Page **32** Line **9** Change: the encounter was with Nurse Kendall
To: _____
Reason: I met him and ordered antibiotics

Page **33** Line **14** Change: yes, I agree to No I don't agree
To: I do not agree with the email
Reason: I did not have an encounter c Mr Craig Shipp

Page **46** Line **22-24** Change: checkmark as order from me to Mrs. Smith.
To: The checkmark were not indication of order
Reason: I misread the order sheet check marks

Page **8** Line ___ Change: I was wrong on page 36 when I told you that I order bed rest.
To: _____
Reason: _____

Page **36** Line **5** Change: I order bedrest
To: I misread the form and did not
Reason: read the form well because I have not seen the forms in over 2 years

Page ___ Line ___ Change: _____
To: _____
Reason: _____

Page **29** Line **17** Change: Just to clarify, I looked at the
To: left foot not the rt foot.
Reason: bc the nurse just wanted me to look at his left foot. There was no issue on his (R) foot when the nurse wanted me to c̶k̶ medications

_(signature)_
WITNESS                DATE            Page ① of ①
Dr. Mimo Lemdja        1/7/19

## SIGNATURE PAGE

I, <u>MIMO LEMDJA, M.D.</u>, do hereby certify that I have read the foregoing 47 pages of typewritten transcript of my testimony, after necessary translation, given under oath on the 16th day of November, 2018, and that the said transcript and corrections, if any, that appear on the attached errata sheet(s), are true and correct to the best of my memory and belief. Further, that I have signed my name to this signature page and authorize that the same be attached to the original transcript.

1/7/2019
DATE

WITNESS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF ARKANSAS )
COUNTY OF Saline )

SUBSCRIBED AND SWORN to before me, a Notary Public in and for the aforesaid county and state on this the 7th day of January, 2019 Sm ~~2018~~.

NOTARY PUBLIC



MY COMMISSION EXPIRES:
7/16/2025