3-14-16

Barb
Letter to everyone and everyone else in the letter
Got Donnas letter today. Its dated the 8th. Sounds like Max wants to move fast or he must pack lite just wanting to take clothes. But he's probably really smart and doesn't need the hassle of going through everything. Or he's seen how she packs.

Debbie said Brenda turned sixty so happy B-day. I don't know about getting books in, but I dont read much it gives me headaches. You also said can't believe how old your getting. They say time flies when your having fun, but no one told you it was a damn rent-a-car and the odometer spins twice as fast.

Mother said Pauline & Letha both passed away, and Steve stops by every morning. Mother also said Max was not happy to see Robbin after his stay.

I hope to get phone service before I explode on one of these cocksuckers. Nurses are logging me everytime I'm not in the wheelchair. I asked for crutches but they said no. Went back to the ortho today, they cut the cast off. I thought what I could see looked bad

Stieve 152   CRCA.000054