# RESIDENT REQUEST

CENTER: SWACCC  DATE: 2-12-16

TO: Warden Arnold ~~Medical~~  OFFICE:

FROM: Craig Shipp  NUMBER: 660878

JOB:  SUPERVISOR:

WORKING HOURS:  HOUSING UNIT: 4-S

RECEIVED FEB 21 2016

**GIVE A DETAILED REASON FOR REQUEST:**

Open wound on left foot. And Charcot joint on left foot causing bones to break down. Need special activities.

This must be addressed in a sick call) due to it has to be evaluated for medical necessity by the doctor.

*(Resident's Signature)* Craig Shipp

**ACTION TAKEN:**

2-12-16
— Medical ?

[signature] 2-12-16

[signature] HSA 2/15/16
(RESPONDANT'S SIGNATURE AND DATE)


EXHIBIT J