# DECLARATION OF LENORA PHILSON

I, Lenora Philson, am employed by Wellpath LLC, the contracted medical care provider for Arkansas Community Correction, a division of the Department of Corrections (ADC). My position is that of Health Services Administrator at the Southwest Arkansas Community Corrections Center and I am a custodian of records kept in the normal course of business for residents housed at this facility.

At the request of counsel, I have reviewed the sick call records of former resident Craig Shipp. I confirm that pages 7, 18, and 20 of Exhibit A are the only Health Service Request Forms that Mr. Shipp submitted between February 1, 2016, and March 16, 2016.

I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct to the best of my knowledge.

Executed this 7th day of February, 2020.

_____
Lenora Philson

