2-8-16

Mother we can't make any phone calls for a month or have any visitors, unless for the first month unless it's someones attorney. I asked if I could make an emergency call to get the shoes to me after the feet started bleeding, and they said no. So writing's the only way to contact me for now. I hope you turned the service off to my phone. My feets still draining a lot, but one of the nurses believes it would just heal up if I would buy some cheap shoes from the commisary Ha Ha! The only thing they can do is put some silver sulfadiazine on it with some bandages and wrap it, in two hours its soaked through.

2-9-16

They changed the bandages twice today. They still don't take pictures or measure the size of it, but it looks like it hasn't gotten any bigger to me, but it really can't. Hope you can send the shoes.



EXHIBIT M

CRCA.000064