Name: Shipp, Craig A.  
ISSS050C

# Personal Property Item

Docket #: 2015-337   PID #: 0091262  
Thursday August 23, 2018 09:28:57 AM

Inventory Date: 02/01/2016  
Purpose: New Admission  
Facility: SW AR CCC  
Housing Unit:

Time: 12:33:49 PM

Staff: 3662613

Location where Stored: Inmate Possession  
Category: Other  
Item Type: Other (1st)  
Major: No  
Current Quantity: 1

Specific Location:

Sequence #: 001  
Property #:  
Unit of Measure: Each

Status: Keep in Possession

As of Date: 02/01/2016

--- Photo of Item ---

came in county suit and shoes**---- returned with the officer

[Prior Page]

Show Last Updated Information

ACC-0136