ARKANSAS DEPARTMENT OF CORRECTION
**Medical Restrictions/Limitations/Special Authorization(s)**   MSF-207

| PART 1 - RESTRICTIONS: | **RESTRICT INMATE FROM:**<br>☐ Restrict from assignment requiring strenuous physical activity in excess of hours per day. Allow 10 minute break after each hour.<br>☐ Restrict from assignment requiring prolonged crawling, stooping, running, jumping, walking, or standing, in excess of hours per day. Allow 10 minute break after each hour.<br>☐ Restrict from assignment requiring lifting of heavy materials in excess of lbs; and/or overhead work in excess of hours per day. Allow 10 minute break after each hour. |
|---|---|
| PART 2 - LIMITATIONS: | **INMATE REQUIRES:**<br>* ☐ Bed Rest  days. Reason:<br>☐ No Duty  days. Reason:<br>☐ No Yard Call  days. Reason:<br>☐ No Sports  days. Reason:<br>☐ One Arm/Hand Duty  days. |
| PART 3 - AUTHORIZATIONS: | **INMATE IS AUTHORIZED TO:**<br>☐ Report to the Infirmary for Special Treatments( )<br>  ☐ Soak:<br>  ☐ Exercise:<br>  ☐ Other:<br>☐ Bathe in the Infirmary<br>  ☐ Sitz Bath<br>  ☐ Cast<br>  ☐ Other:<br>☒ Have in Possession:<br>  ☐ Cane<br>  ☐ Crutches<br>  ☐ Brace: (describe briefly)<br>  ☐ Prescribed Footwear:<br>  ☐ Orthopedic Appliance: (describe briefly)<br>  ☒ Other: Elevator pass UP and DOWN until seen by MD<br>* ☐ Go to Dining/Pill Window/Shower Only |

This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Starts: 02/12/2016   06:28:00 PM
This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Ends: 02/16/2016   06:28:00 PM

*Signature: Nadia Brown*

Name: Shipp, Craig A.
DOB: 11/11/1970
ADC#: 660878

Nadia Brown

Distribution: Original - Medical Jacket

CCS 9

EXHIBIT 7