

# Transcript of the Testimony of
# **WARDEN STEPHEN ARNOLD**

# Date: NOVEMBER 15, 2018

### Re: SHIPP VS. CORRECT CARE SOLUTIONS, LLC, ET AL

CONWAY COURT REPORTING, LLC
Phone: 501-679-1488
Email: scheduling@conwaycourtreporting.com
Internet: www.conwaycourtreporting.com

Page 34

1  Q  Okay. So you don't know -- you don't have any testimony
2  as far as whether that was done or not?
3  A  No.
4  Q  And you --
5  A  The only testimony I have is that the resident would have
6  been told he needed to see Medical.
7  Q  And that's from your handwriting there?
8  A  That's correct.
9  Q  And you called them "special shoes"; right?
10 A  "If you need special shoes, you will need to see Medical."
11 Q  Why do you call them "special shoes"?
12 A  Because that's what he says.
13 Q  Okay. He calls them "orthotics"; right?
14 A  Okay. And I'm -- obviously, based on my verbiage, I'm not
15 a medical person. That's why I sent it to Medical.
16 Q  Do you have any family members who have had diabetes?
17 A  Yes. My father has diabetes.
18 Q  When was he first diagnosed with diabetes?
19 A  Oh, probably ten years ago.
20 Q  Does he have concerns about his feet or joints related to
21 his feet?
22 A  My father is in a facility, and he is in bad health, and I
23 really don't think that's important to what we're talking about
24 here.
25 Q  Well, prior to February of 2016, did your father have any

Page 35

1  issues with his feet related to his diabetic condition?
2          MS. MIDDLETON: I will object on relevance.
3  Q  Can you answer?
4  A  I don't want to answer. My father didn't have anything to
5  do with this case.
6  Q  Does your knowledge of someone with diabetes affect your
7  decision-making in medical decisions?
8  A  I don't think so.
9  Q  So you don't care what someone's medical conditions are,
10 do you?
11 A  No, I'm not saying that at all. That's what you said.
12 That's not what I said. I want to make sure that's clear. I
13 did not say that.
14 Q  On February of 2016, were you aware that someone with
15 diabetes could have issues with their feet?
16 A  I sent -- this guy's request every time went to the
17 medical staff. We had medical staff onboard. I did my due
18 diligence by getting that person to the medical staff.
19 Q  And what did you do beyond writing that response to make
20 sure he saw the medical staff?
21 A  I think there's clear --
22 Q  I'm talking about --
23 A  -- in the documents we've looked at, there's clear
24 follow-through that he was seen by the medical staff.
25 Q  And I'm talking about what you did.

Page 36

1  A  I referred him to the medical staff, because I'm not a
2  doctor or a practitioner; I'm an administrator.
3  Q  Do you know why Medical was telling him to send requests
4  to you?
5  A  I have no idea why Medical was telling him to send
6  requests to me. It's clearly a medical condition.
7  Q  It's a serious medical condition, isn't it?
8  A  It's clearly a medical issue, and it was referred to
9  Medical.
10 Q  Is something that can result in an amputation of a foot a
11 serious medical condition?
12 A  I think, obviously, that's true.
13 Q  And so I want to know, who did you speak with in Medical
14 after this request was sent to you?
15 A  I am sure I would have talked to Ms. Turner.
16 Q  Okay. So you talked to Ms. Turner on February 1st or
17 February 2nd --
18 A  I can't tell you what date I talked to her. I'm sure I
19 would have talked to Ms. Turner.
20 Q  Well, do you know -- if you're saying you're sure you
21 would have, would you have done it on the 1st, 2nd, or 3rd?
22 A  I can't tell you.
23 Q  Would you have waited a week?
24 A  I wouldn't think so, no.
25 Q  Would you have waited two weeks?

Page 37

1  A  Of course not.
2  Q  Did you normally communicate with Ms. Turner through
3  emails or in person?
4  A  Sometimes emails; sometimes in person. Ms. Turner -- we
5  invited Ms. Turner to our management team meetings as a part of
6  that, so we communicated a lot. Sometimes were about medical
7  issues, and sometimes weren't. Sometimes we just communicated
8  throughout the facility. I did a lot of walking when I was at
9  that facility.
10 Q  Did you ever speak with Mr. Shipp?
11 A  I'm sure I did.
12 Q  Do you remember him asking you about your -- about his
13 orthotic shoes?
14 A  I would not be surprised that he did. I was on those
15 floors every day most days all day. I would go on those floors
16 at 6:00 in the morning, and I would leave there at 10:00 at
17 night, so I'm sure I would have had a conversation with Mr.
18 Shipp.
19 Q  What would your response have been to him if he asked you
20 about his orthotic shoes?
21 A  I would probably guess that he would have to see Medical,
22 that I wasn't a doctor.
23 Q  And so February 1st, 2016, is Mr. Shipp's first day there.
24 A  Okay.
25 Q  Do you have any -- do you agree with that?

Page 38

1  A  I don't know.
2  Q  Okay. Did you review any documents in preparation for
3  today?
4  A  Sure, sure.
5  Q  What did you review?
6  A  I reviewed the documents that you sent to Ms. Middleton
7  that were for her review. I guess that's what I had. I got
8  the documents that Ms. Middleton gave me.
9  Q  Describe to me what those documents were.
10 A  I couldn't tell you. They were -- first, were the
11 interrogatories that I answered before, and then there was a
12 few other documents, but I can't recall what they are. I think
13 they were property forms.
14 Q  Anything else?
15 A  I don't remember.
16 Q  Did you look through any sort of an inmate file for Mr.
17 Shipp?
18 A  An inmate file, no.
19 Q  Did you look through his medical file?
20 A  No.
21 Q  So in response to this February 1st, 2016, request, you
22 spoke to Ms. Turner, and you --
23 A  I'm not saying I spoke to Ms. Turner. I said I probably
24 would have talked to Ms. Turner, but I'm not going to tell you
25 that I did for sure.

Page 39

1  Q  Okay. So you don't know --
2  A  My history would have been that I did that, but I'm not
3  telling you I did that.
4  Q  Okay. So if a resident asks you about a medical decision,
5  you speak with Ms. Turner?
6  A  I would think so, yes.
7  Q  You would want Medical to know; and if the resident is
8  telling the warden, "I have an issue with a medical device,"
9  you want to convey to Medical what that issue is?
10 A  I would think so.
11 Q  Okay. And if you didn't, you failed to pass along that
12 information?
13 A  I referred that resident to Medical. This was a medical
14 decision. I referred the resident to Medical.
15 Q  Okay. Is this the request that you believe you talked to
16 Wade Hodge about?
17 A  I'm not sure.
18 Q  Okay. So it could have been another request?
19 A  I'm not sure.
20 Q  Okay. Let's go to the next document there. What's this
21 document?
22 A  It looks like it was a request for an interview. It was
23 sent to me on the 12th.
24 Q  Who was it sent by?
25 A  It's sent by Craig Shipp.

Page 40

1  Q  And when you say the 12th, is that February of --
2  A  February the 12th of '16. It shows it was signed by me on
3  the 12th, and I sent it to Medical.
4  Q  Okay. Describe to me on the detailed reason for request.
5  A  The reason he says, he has an open wound on his left foot,
6  and the specific name, the Charcot joint, on left foot causing
7  bones to break down; needs special orthotics.
8  Q  Okay. What is your response to him?
9  A  My response was, I sent it to Medical.
10 Q  And you put, "Medical," question mark; is that correct?
11 A  Right. Right. And then it was signed off by LeNora
12 Turner on the 15th. I sent it to Medical because I wanted them
13 to respond. And she signed it right there, which means she got
14 it.
15 Q  I agree. So on this form, it's signed by you and it's
16 sent to Medical, and this one has a response by LeNora Turner?
17 A  It just has a signature. It doesn't have a response; it
18 just has a signature.
19 Q  Well, what's that below his handwriting?
20 A  Where? Here?
21 Q  Yes.
22 A  "This must be addressed in a sick call due to it has to be
23 evaluated for medical necessity by the doctor." So I'm
24 guessing that was her response.
25 Q  Okay. And so that form shows that Medical received it and

Page 41

1  Medical gave a response?
2  A  Okay.
3  Q  Do you agree with that?
4  A  That's what it looks like, yes.
5  Q  Let's go back to the February 1st form.
6  A  Okay.
7  Q  Do you see Ms. Turner's handwriting there?
8  A  I don't see it.
9  Q  On this form, you signed the respondent's signature;
10 correct?
11 A  I did. I sent it back and said, "If you need special
12 shoes, you will need to go to see Medical."
13 Q  And on the February 12th one, you didn't sign that line,
14 did you?
15 A  You're telling me that he got here on the 1st. You're
16 telling me that he arrived on the 1st --
17 Q  Yes.
18 A  -- is that right? On the 1st, he was in administrative
19 segregation.
20 Q  I'm talking about these forms right now, sir.
21 A  Well, but I'm talking about times, because you're talking
22 about different stuff; okay? If he was in Ad Seg --
23 Q  What am I talking about?
24 A  -- if he was in Ad Seg, he would have had to talk to the
25 medical provider while he was in Ad Seg. If he got there on