

# ConwayCourt Reporting

Transcript of the Testimony of
**WARDEN STEPHEN ARNOLD**

# Date: NOVEMBER 15, 2018

**Re: SHIPP VS. CORRECT CARE SOLUTIONS, LLC, ET AL**

CONWAY COURT REPORTING, LLC
Phone:501-679-1488
Email:scheduling@conwaycourtreporting.com
Internet: www.conwaycourtreporting.com

## Page 34

1  Q   Okay.  So you don't know -- you don't have any testimony
2  as far as whether that was done or not?
3  A   No.
4  Q   And you --
5  A   The only testimony I have is that the resident would have
6  been told he needed to see Medical.
7  Q   And that's from your handwriting there?
8  A   That's correct.
9  Q   And you called them "special shoes"; right?
10 A   "If you need special shoes, you will need to see Medical."
11 Q   Why do you call them "special shoes"?
12 A   Because that's what he says.
13 Q   Okay.  He calls them "orthotics"; right?
14 A   Okay.  And I'm -- obviously, based on my verbiage, I'm not
15 a medical person.  That's why I sent it to Medical.
16 Q   Do you have any family members who have had diabetes?
17 A   Yes.  My father has diabetes.
18 Q   When was he first diagnosed with diabetes?
19 A   Oh, probably ten years ago.
20 Q   Does he have concerns about his feet or joints related to
21 his feet?
22 A   My father is in a facility, and he is in bad health, and I
23 really don't think that's important to what we're talking about
24 here.
25 Q   Well, prior to February of 2016, did your father have any

## Page 35

1  issues with his feet related to his diabetic condition?
2        MS. MIDDLETON:  I will object on relevance.
3  Q   Can you answer?
4  A   I don't want to answer.  My father didn't have anything to
5  do with this case.
6  Q   Does your knowledge of someone with diabetes affect your
7  decision-making in medical decisions?
8  A   I don't think so.
9  Q   So you don't care what someone's medical conditions are,
10 do you?
11 A   No, I'm not saying that at all.  That's what you said.
12 That's not what I said.  I want to make sure that's clear.  I
13 did not say that.
14 Q   On February of 2016, were you aware that someone with
15 diabetes could have issues with their feet?
16 A   I sent -- this guy's request every time went to the
17 medical staff.  We had medical staff onboard.  I did my due
18 diligence by getting that person to the medical staff.
19 Q   And what did you do beyond writing that response to make
20 sure he saw the medical staff?
21 A   I think there's clear --
22 Q   I'm talking about --
23 A   -- in the documents we've looked at, there's clear
24 follow-through that he was seen by the medical staff.
25 Q   And I'm talking about what you did.

## Page 36

1  A   I referred him to the medical staff, because I'm not a
2  doctor or a practitioner; I'm an administrator.
3  Q   Do you know why Medical was telling him to send requests
4  to you?
5  A   I have no idea why Medical was telling him to send
6  requests to me.  It's clearly a medical condition.
7  Q   It's a serious medical condition, isn't it?
8  A   It's clearly a medical issue, and it was referred to
9  Medical.
10 Q   Is something that can result in an amputation of a foot a
11 serious medical condition?
12 A   I think, obviously, that's true.
13 Q   And so I want to know, who did you speak with in Medical
14 after this request was sent to you?
15 A   I am sure I would have talked to Ms. Turner.
16 Q   Okay.  So you talked to Ms. Turner on February 1st or
17 February 2nd --
18 A   I can't tell you what date I talked to her.  I'm sure I
19 would have talked to Ms. Turner.
20 Q   Well, do you know -- if you're saying you're sure you
21 would have, would you have done it on the 1st, 2nd, or 3rd?
22 A   I can't tell you.
23 Q   Would you have waited a week?
24 A   I wouldn't think so, no.
25 Q   Would you have waited two weeks?

## Page 37

1  A   Of course not.
2  Q   Did you normally communicate with Ms. Turner through
3  emails or in person?
4  A   Sometimes emails; sometimes in person.  Ms. Turner -- we
5  invited Ms. Turner to our management team meetings as a part of
6  that, so we communicated a lot.  Sometimes were about medical
7  issues, and sometimes weren't.  Sometimes we just communicated
8  throughout the facility.  I did a lot of walking when I was at
9  that facility.
10 Q   Did you ever speak with Mr. Shipp?
11 A   I'm sure I did.
12 Q   Do you remember him asking you about your -- about his
13 orthotic shoes?
14 A   I would not be surprised that he did.  I was on those
15 floors every day most days all day.  I would go on those floors
16 at 6:00 in the morning, and I would leave there at 10:00 at
17 night, so I'm sure I would have had a conversation with Mr.
18 Shipp.
19 Q   What would your response have been to him if he asked you
20 about his orthotic shoes?
21 A   I would probably guess that he would have to see Medical,
22 that I wasn't a doctor.
23 Q   And so February 1st, 2016, is Mr. Shipp's first day there.
24 A   Okay.
25 Q   Do you have any -- do you agree with that?