**From:** Lenora Turner
**Sent:** Tuesday, March 22, 2016 2:57 PM
**To:** Kim Hofmann
**Subject:** Fw: Resident Craig Shipp [Encyypt]

LeNora Turner, RN
Health Services Administrator
Correct Care Solutions
LeTurner@correctcaresolutions.com
Cell (903)691-0380
Office (870)779-2009

---

**From:** Jeffrey Stieve
**Sent:** Monday, March 14, 2016 7:34 PM
**To:** Lenora Turner
**Subject:** Re: Resident Craig Shipp [Encyypt]

Thank you. I will follow up

Sent from my iPhone

On Mar 14, 2016, at 4:31 PM, Lenora Turner <LeTurner@CorrectCareSolutions.com> wrote:

> Dr. Stieve,
> This is some information that I wanted you to be aware of. Resident Craig Shipp #660878 was initially seen by Dr. Lemdja on 2/5/16. He was seen primarily for musculoskeletal complaints, diabetic complications, and was also noted to have deformed feet and toes bilaterally related to a charcot joint.
> He presented with a significant amount of bleeding to the (L)foot, and a open area about the size of a silver dollar with the skin only attached by the corner as documented per the nurse. He has a past medical hx of amputation of the left great toe approx 4-5 years ago, due to infection that went to the bone.
> My concern is that Dr. Lemdja cut removed a significant piece of skin from the (L)foot that day and gave orders for wound care and oral antibiotics, however, she refused to document her interventions because she vocalized that "She didn't want her name in the chart bacause it was too much of a liability".
> This resident has continued to have ongoing problems to that area where the skin was removed, despite wound care, and even had to have a cast applied last week and removed today because it was cutting into his little toe.
> The nurse documented the intervention, dated 2/5/16, however, there is no evidence of physician documentation by Dr. Lemdja, however, Dr. Lomax saw the resident on the following visit and I'm sure that she documented accordingly.
> Please advise with any questions.
> Thank you
> LeNora Turner, RN
> Health Services Administrator



1