ARKANSAS DEPARTMENT OF CORRECTION
## Medical Restrictions/Limitations/Special Authorization(s)   MSF-207

| PART 1 - RESTRICTIONS: | **RESTRICT INMATE FROM:**<br>☐ Restrict from assignment requiring strenuous physical activity in excess of ___ hours per day. Allow 10 minute break after each hour.<br>☐ Restrict from assignment requiring prolonged crawling, stooping, running, jumping, walking, or standing, in excess of ___ hours per day. Allow 10 minute break after each hour.<br>☐ Restrict from assignment requiring lifting of heavy materials in excess of ___ lbs; and/or overhead work in excess of ___ hours per day. Allow 10 minute break after each hour. |
|---|---|
| PART 2 - LIMITATIONS: | **INMATE REQUIRES:**<br>* ☐ Bed Rest ___ days. Reason:<br>☐ No Duty ___ days. Reason:<br>☐ No Yard Call ___ days. Reason:<br>☐ No Sports ___ days. Reason:<br>☐ One Arm/Hand Duty ___ days. |
| PART 3 - AUTHORIZATIONS: | **INMATE IS AUTHORIZED TO:**<br>☐ Report to the Infirmary for Special Treatments( )<br>   ☐ Soak:<br>   ☐ Exercise:<br>   ☐ Other:<br>☐ Bathe in the Infirmary<br>   ☐ Sitz Bath<br>   ☐ Cast<br>   ☐ Other:<br>☐ Have in Possession:<br>   ☐ Cane<br>   ☐ Crutches<br>   ☐ Brace: (describe briefly)<br>   ☐ Prescribed Footwear:<br>   ☐ Orthopedic Appliance: (describe briefly)<br>   ☐ Other:<br>* ☐ Go to Dining/Pill Window/Shower Only |

This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Starts: 02/05/2016   09:10:00 AM
This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Ends: 02/09/2016   09:10:00 AM

*Signature: Kindall Smith*

**Name:** Shipp, Craig A.
**DOB:** 11/11/1970
**ADC#:** 660878

Kindall Smith

Distribution: Original - Medical Jacket


EXHIBIT 6